IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 SEP 28 A 9:30

THOMAS OTTER ADAMS,
PRO SE, # 100612-B
Full name and prison number
of plaintiff(s)

v.

WARDEN, GWENDOLYN MOSLEY
SEG. COMM., LEWIS NOLETT
COI JOEL YEW
COI DARON FRAYSON
COI ANGELA BROWN, ET. AL.
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06CV873-ID
(To be supplied by Clerk of
U.S. District Court)

**DEMAND FOR JURY TRIAL**

I.  PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (✓) NO ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:
      Plaintiff(s) THOMAS OTTER ADAMS, - 100612
      PRO SE,
      Defendant(s) WARDEN GWENDOLYN MOSLEY,
      ET. AL.

   2. Court (if federal court, name the district; if state court, name the county) U.S. DISTRICT COURT - MIDDLE DISTRICT / NORTHERN DIVISION ALABAMA

3. Docket number 2:05-CV-0352-MHT

4. Name of judge to whom case was assigned CHIEF U.S. MAGISTRATE JUDGE, CHARLES S. COODY

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) REMAINS PENDING

6. Approximate date of filing lawsuit 2-2005

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT EASTERLING CORR. FACILITY - CLIO, ALA. 36017

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED EASTERLING, CORRECTIONAL FACILITY

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                ADDRESS

1. GWENDOLYN MOSLEY - 200 WALLACE DR. - CLIO - 36017
2. LEWIS HULETT - 200 WALLACE DR. - CLIO, 36017
3. JOEL TEW - 200 WALLACE DR. - CLIO - 36017
4. DAROW FAYSON - 200 WALLACE DR. - CLIO, 36017
5. ANGELA BROWN - 200 WALLACE DR. - CLIO, 36017
6. ET. AL., TO BE NAMED AS IS DISCOVERED

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED AUGUST 10, 2006 - SEGREGATION UNIT LOBBY

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: (1) EXCESSIVE FORCE, EIGHTH AMENDMENT VIOLATIONS - (GROUNDS) - ON 8-10-2006 IN THE

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

(1) SEGREGATION LOBBY, I WAS WAITING TO BE TAKEN TO THE HEALTH CARE UNIT, I HAD BEEN COMPLAINING OF CHEST PAINS IN CELL SB-16, I WAS HANDCUFFED, BEHIND MY BACK, AND TAKEN FROM THE CELL BY CO1 FRYSON, WHO WAS ~~_____~~ ON THE FLOOR, AT HIS INSTRUCTIONS/ORDERS A WHEELCHAIR WAS BEING BROUGHT

SUPPORTING FACTS: FROM THE HEALTH CARE UNIT.

(2) CO1 TEW BROUGHT A WHEELCHAIR IN, BEGAN TO BERATE THIS INMATE, AND SAID, "GET THERE (H.C.U.) THE BEST WAY YOU CAN, ADAMS." AT THIS I BECAME SCARED, FRIGHTENED, AND DEFENSIVE, I STOOD UP TO WALK FROM THE ~~_____~~ SEGREGATION UNIT TO THE H.C.U., AND WAS SEIZED, GRASPED AND APPREHENDED

SUPPORTING FACTS: BY CO1 TEW, PICKED-UP, AND THEN BODY-SLAMMED TO THE FLOOR OF THE LOBBY, ON MY BACK, HAND-CUFFED BEHIND MY BACK, ~~THE BREATH~~ WAS KNOCKED OUT OF ME, I WAS THEN PICKED-UP BY OFFICERS TEW, FRYSON & BROWN, ASSISTED THEN BY SEG. COMMANDER SGT. LEWIS NOLETT.

(3) I WAS SEMI-CONSCIOUS AND AWARE, AND OR HURLED INTO THE WHEELCHAIR!

(4) I HAD JUST TAKEN 4-5 NITRO-GLYCERIN TABLETS.

(5) I WAS THEN TAKEN TO THE H.C.U., WHILE INTIMIDATED AND THREATENED BY BOTH OF THE OFFICERS, CO1 TEW & SGT. ~~FRYSON~~ NOLETT

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Punitive Damages, Declatory Judgment, & Temporary Injunction, Restraining Order - A Jury Trial, F.R.Civ.P.-#7, An Answer, 7(A)

_Thomas Adams-_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  Sep. 11, 2006
(Date)

_Thomas Adams- 100612_
Signature of plaintiff(s)

SB-12 - Sec. Unit
200 Wallace Drive
Clio. Ala. 36017

4


(Grounds continued)

6) I was treated, examined by the H.C.U. staff, who reported, "nothing wrong", COI Tew and Sgt. Nolett remained in the examination room the entire time.

7) I was forced by order to "walk back" to the segregation unit, placed back in my cell.

8) I then requested a body-chart because my wrists were hurting bad, my R. wrist was very swollen, abrasion, and bleeding.

9) The handcuffs I'd had on were not in the "lock position", contrary to S.O.P. policy.

10) I was then refused a body-chart by Sgt. Nolett, only after the 2nd shift came on, was my request recognized.

11) I was then taken to H.C.U. about 4:00-5:00, charts made, examined, and treated, scheduled for an immediate X-rays, (Aug. 11, 2006.)

12) My X-rays were taken the next day, low-back, R. side ribs, R. wrist.

13) I was then prescribed a wrist splint for 2 weeks, Flexeril &

①


(Grounds Continued)

Tylenol for 2 weeks.

(14) I continue to have back pain, although I'm told it's just "artharitis".

(15) My R. wrist has numbness which extends to my fingers.

(16) I continue to be harrassed, threatened and intimidated against.

(17) I maintain that during this event of "excessive-force", Seg. Commander Sgt. Lewis Nolett was present at all times, failing to supervise!

(18) I maintain that CO I Fayson and CO I Brown were also present during this event in the 5 Dorm-Lobby.

(19) Each officer is well aware that I am the "Jail House Lawyer" in the Litigation—

Ricky Davis - 173073
    v.                2:06-CV-010-MHT?
Sgt. R. Bryant

which is before U.S. Magistrate Judge, Delores Boyd, an excessive force claim. An investigation by A.D.O.C.'s, I & I Division is ongoing, continues (2)

## CERTIFICATE OF SERVICE

I hereby certify, by signature that I have mailed a copy of the, 42 USC § 1983, to the Attorney of Record, by the U.S. Mail, properly addressed and postage pre-paid. As; Ms. Kim Thomas, Attorney

Legal Division, ADOC
P.O. Box 301501
Montgomery, Ala - 36130-1501

This 42 USC. § 1983 is filed pursuant to 28 U.S.C. § 1746(2), under the Penalty of Perjury.

Done this ____ day of September, 2006.

Respectfully submitted,
Thomas Adams - 100612-B

Thomas Adams - 100612
SB-12 Segregation Unit
200 Wallace Drive
Clio, Ala. 36017

Notary Public: _____

My commission expires; _____

(3)