IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

RECEIVED
2006 SEP 28. A 9: 30

2:06CV873-ID

**THOMAS OTTER ADAMS - 100612**
Plaintiff(s)

vs.

**GWENDOLY MOSLEY, WARDEN III, ET AL.**
Defendant(s)

I, **Thomas Adams**, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   ~~~~~~~~~~~~~~~~

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   **2003 - CALHOUN CO., ALABAMA.**

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?   YES ( )   NO (✓)

   B. Rent payments, interest or dividends?   YES ( )   NO (✓)

   C. Pensions, annuities or life insurance payments?   YES ( )   NO (✓)

   D. Gifts or inheritances?   YES (✓)   NO ( )

   E. Any other sources?   YES (✓)   NO ( )

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.
   **2 MONEY ORDERS - $20.00 - $20.00**

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]  YES ( )  NO (✓)

   If the answer is YES, state the total value of the items owned.

   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? YES ( ) NO (✓)

   If the answer is YES, describe the property and state its approximate value.

   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _____

   _____
   _____
   _____

                                    ___Thomas Adams___
                                    Signature of Affiant

STATE OF ALABAMA     )
COUNTY OF _____ )

   Before me, a notary public in and for said County, in said State, personally appeared __THOMAS ADAMS__, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                                    ___Thomas Adams___
                                    Signature of Affiant

   Sworn to and subscribed before me this ____ day of _____, 19__.

                                    _____
                                    Notary Public

                                    _____ County, Alabama

O R