IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS OTTER ADAMS, #100612-B, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv873-ID |
| | ) | |
| GWENDOLYN MOSLEY, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon CONSIDERATION of Plaintiff's request for a "temporary injunction," which the court construes as a motion for temporary restraining order, filed September 28, 2006, it is ORDERED that said motion be and the same is hereby DENIED.

It is further CONSIDERED and ORDERED that this case be and the same is hereby REFERRED to the Honorable Charles S. Coody, Chief United States Magistrate Judge, for further proceedings and determination or recommendation as may be appropriate.

DONE this 28th day of September, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE