*original to U.S. DIST. CT.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS OTTEN ADAMS, #100612, PRO SE PLAINTIFF<br><br>VS.<br><br>GWENDOLYN MOSLEY, WARDEN III, ET. AL.<br>DEFENDANT(S) | CIVIL ACTION 2:06-CV-873-ID<br><br>ADD DEFENDANT |

## Motion by Plaintiff to Add a Defendant

Comes now the Plaintiff/Petitioner, Thomas Otten Adams, a state prisoner, who is before this Honorable Court, the Chief United States Magistrate Judge, Charles S. Coody,

This petitioner respectfully requests that by the authority and jurisdiction of this Court, to be allowed to add, Mr. Carter Davenport- Warden II, as a defendant.

In support of this motion;

I am Thomas Adams, Petitioner, over 21 years old, a pro-se litigant, state-prisoner.

Who respectfully requests this Honorable Court to issue an order making, Mr. Carter Davenport - Warden II, a party-defendant to this present civil action, then directing the issuance and service of process on <u>Warden Davenport</u>, the grounds therefore;

(1) This is an action, under 42 U.S.C. § 1983, as pursuant to administrative (AR) Regulation #403. Sec. V, (F), (G), Warden Carter Davenport is/was the "designee" of Warden III Gwendolyn Mosley.

On October 2, 2006, acting in the authority of Warden Mosley's designee, Warden Carter approved the guilty findings of CO I Anthony Williams, disciplinary # 06-594, # 06-595, and # 06-596.

(2) Petitioner objects to the findings of guilty in disciplinary # 06-594, assault on an AL.D.O.C. official, and disciplinary # 06-595, failure to obey a direct order of an A.L.D.O.C. official.

(1)

Even though this Petitioner is the beneficiary and recipient of the Warden Davenport's kind and lenient order that, "All disciplinary segregation time to run concurrent" (45 days of disciplinary segregation and loss of all privileges). PLEASE SEE REPORTS!

I am not guilty of assault or failure to obey!

Carter Davenport, Warden III, is a citizen of the United States and a resident of the State of Alabama. As;

Mr. Carter Davenport, Warden III
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama - 36017

Warden Davenport is subject to the jurisdiction and authority of this Court, as to both service of process and venue, who can be made a party-defendant herein, not depriving this Court of jurisdiction.

Petitioner prays this motion to issue.     x Thomas Adams -
                                              Thomas Adams - #100612
                                              5 A-18 Seg. Unit

Certificate of Service

I hereby certify, by signature, that I have mailed, by U.S. Postal Service, a properly addressed, 1st class postage pre-paid, a copy of the "Motion to Add a Defendant" to:

Ms Kim Thomas, Attorney
Ala. Dept. of Corrections / Legal
P.O. Box 301501
Montgomery, Ala. 36130-1501

Done this 4th day of October, 2006

Thomas Adams
Thomas Adams - #188612
5A-18 Segregation Unit
200 Wallace Drive
Clio, Alabama 36017

Pursuant to 28 U.S.C. § 1746 (2), the Penalty of Perjury

(3)

LEGAL USE ONLY