*Original to U.S. Dist. Ct.*

RECEIVED

RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT / ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS OTTER ADAMS, #100612, PRO SE, PLAINTIFF<br><br>VS.<br><br>GWENDOLYN MOSLEY, WARDEN III, ET. AL.<br>DEFENDANT(S) | CIVIL ACTION 2:06-CV-873, ID<br><br>ADD DEFENDANT, |

## MOTION BY THE PLAINTIFF TO ADD A DEFENDANT

Come now the Plaintiff / Petitioner, Thomas Otter Adams, #100612, a state prisoner, who is before this Honorable Court, Chief United States Magistrate Judge, Charles S. Coody,

This Petitioner respectfully requests by the authority and jurisdiction of this Court; to be allowed to add the defendant, CO I Anthony Williams, in support therefor:

I am Thomas Adams, Petitioner, and over 21 yrs. old, a pro se litigant, who moves this Honorable Court for an order making <u>Correctional Officer I - Anthony Williams,</u> a party defendant of this present civil action, directing the issuance and service of process on <u>Officer Williams,</u> and grounds therefor show;

(1) This is an action, under 42 U.S.C. § 1983, CO I Williams was/is the hearing officer of disciplinary hearings in which the Petitioner was charged. These hearings were held at E.C.F. 5 Dorm on or about September 29, 2006.

(2) Petitioner seeks the question of and answer to the legality of the guilty findings by officer Williams. This Petitioner maintains innocence, that these hearings were/are held for the sole purpose of retaliation, having violated the Constitution's 14th Amend. and the ADOC's Admin. Reg. # 403, and Standard Operating Procedure - C-28.

(1)

THIS OFFICER IS <u>ANTHONY WILLIAMS</u>, A CITIZEN OF THE UNITED STATES, AND A RESIDENT OF ALABAMA, AS

<u>CO1 ANTHONY WILLIAMS</u>
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA. 36017

HE IS SUBJECT TO THE JURISDICTION AND AUTHORITY OF THIS HONORABLE COURT, AS TO BOTH SERVICE OF PROCESS AND VENUE — WHO CAN BE MADE A PARTY DEFENDANT HEREIN WITHOUT DEPRIVING THIS HONORABLE COURT OF JURISDICTION.

PLAINTIFF/PETITIONER PRAYS THAT THIS COURT ALLOW THIS MOTION TO ISSUE.

DONE THIS <u>4</u> DAY OF <u>OCTOBER, 2006</u>.

<u>Thomas Adams —</u>
THOMAS ADAMS — 180612
SA-18 SEGREGATION
200 WALLACE DRIVE
CLIO, ALA. 36017

(2)

CERTIFICATE of SERVICE

I HEREBY CERTIFY BY SIGNATURE, THAT I HAVE MAILED BY U.S. POSTAL SERVICE, PROPERLY ADDRESSED, POSTAGE PRE-PAID 1ST CLASS, A COPY OF THE FOLLOWING "MOTION TO ADD A DEFENDANT" TO:

MS KIM THOMAS, ATTORNEY
ALA. DEPT. of CORRECTIONS / LEGAL
P.O. Box 301 501
MONTGOMERY, ALA. 36130-1501

DONE THIS 4th DAY OF OCTOBER, 2006

*Thomas Adams-*
THOMAS ADAMS - # 100612
SA-18 SEGREGATION UNIT
200 WALLACE DRIVE
CLIO, ALA. 36017

PERSUANT TO 28 U.S.C. - § 1746(2), PENALTY of PERJURY

(3)