IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

THOMAS OTTER ADAMS, #100 612          *

    Plaintiff,                                  *

    v.                                          *     2:06-CV-873-ID

WARDEN GWENDOLYN MOSLEY, *et al.*,    *

    Defendants.                                 *

_____

## ORDER ON MOTION

The above captioned action was filed on September 28, 2006. Plaintiff's complaint concerns an allegation that he was subjected to excessive force on August 10, 2006. Pending before the court are requests to amend the complaint filed by Plaintiff on October 10, 2006. In these motions Plaintiff seeks to amend his complaint to name additional claims and defendants with respect to matters related to disciplinary proceedings which occurred on September 29, 2006 and October 2, 2006.

Upon consideration of the motions to amend, and for good cause it is

ORDERED that the motions (Doc. Nos. 5, 6) be and are hereby DENIED. If Plaintiff wishes to challenge matters associated with disciplinary action taken against him on September 29, 2006 and October 2, 2006, he may do so by filing a separate civil action.

Done this 11th day of October, 2006.

                                                 /s/Charles S. Coody
                                             CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE