RECEIVED
2006 OCT 13 A 9:51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

October 8, 2006

Honorable Charles S. Coody,
c/o Debra Hackett, Clerk of the Court

RE: 2:06-CV-873-ID

Judge Coody,

I hope that this letter finds that you are doing well.

Per your order of September 27, 2006, I am sending this copy of my P.M.O.D. account, it took a long time to get it!

Thank-you for your consideration and patience,

Respectfully submitted,
Thomas Adams

Thomas Adams - 100612
SA-18 Seg. Unit
200 Wallace Drive
Clio, Alabama
36017

Done October 8, 2006.

```
                    STATE OF ALABAMA
                  DEPARTMENT OF CORRECTIONS
                  EASTERLING CORR FACILITY

AIS #: 100612     NAME: ADAMS, THOMAS ROUSEWALL        AS OF: 10/06/2006

                    # OF       AVG DAILY        MONTHLY
          MONTH     DAYS        BALANCE        DEPOSITS
------------------------------------------------------------------------

          OCT       25          $0.08           $0.00
          NOV       30          $0.08           $0.00
          DEC       31          $0.08           $0.00
          JAN       31          $0.08           $0.00
          FEB       28          $0.08           $0.00
          MAR       31          $0.08           $0.00
          APR       30          $0.08           $0.00
          MAY       31          $0.08           $0.00
          JUN       30          $0.08           $0.00
          JUL       31          $3.42          $18.08
          AUG       31          $7.68          $18.00
          SEP       30          $4.02           $0.00
          OCT        6          $0.83           $0.00
```

Bal .83
Ms Faulk, Acct Clerk

RE: Civil action
    2:06-CV-873-ID

TO: The Clerk of the Court
    United States District Court/Middle
    Ms. Debra Hackett

10-8-2006
Thomas Adams