IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

THOMAS OTTER ADAMS, #100 612         *

    Plaintiff,                                                    *

    v.                                                                     *     CIVIL ACTION NO. 2:06cv873-ID

WARDEN GWENDOLYN MOSLEY, *et al*.,   *

    Defendants.                                               *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's pleading filed October 13, 2006, construed as a motion to amend complaint, in which Plaintiff seeks to challenge matters associated with disciplinary action taken against him on September 29, 2006, and for the reasons stated in the court's order October 11, 2006 order (*see* Doc. No. 7), it is

ORDERED that the motion (Doc. No. 9) be and is hereby DENIED.

Done this 18th day of October, 2006.

                                                  /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE