*(handwritten, circled)* original to
u.s. disr ct.

RECEIVED
2006 NOV -7 A 10: 17
[ILLEGIBLE STAMP]
MIDDLE DISTRICT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS OTTEN ADAMS, PRO SE, PLAINTIFF <br><br> VS. <br><br> GWENDOLYN MOSLEY, WARDEN III, ET. AL, DEFENDANT(S). | 2:06-CV-0873-ID |

SWORN AFFIDAVIT - PURSUANT TO
28 USC - § 1746 (2)

COMES NOW THE PLAINTIFF, THOMAS
ADAMS, A STATE PRISONER, WHO IS BEFORE
THIS HONORABLE COURT, CHIEF UNITED STATES
MAGISTRATE JUDGE, CHARLES S. COODY;

I HEREBY AFFIRM THAT:

I am THOMAS ADAMS, A STATE PRISONER, the plaintiff/affiant in the above styled action 2:06-CV-0873-ID.

I am over 21 years old.

I make this affidavit under the penalty of perjury.

On or about the U.S. District Court, filed an "Order on motion" - Document #10,

As the plaintiff, I am unable to pay the $1.50 of this order,

I would respectfully request this Honorable Court to allow me to proceed in this action, and I will pay and send payment as monies are received in my account at Easterling Correctional Center, Clio, Ala., including the initial filing fee.

Done this 5 day of November, 2006

Thomas Adams -

THOMAS ADAMS- 100612
5A-18 SEG. Unit
200 WALLACE DRIVE
CLIO, ALABAMA  36017

<u>Certificate of service</u>

I hereby certify, by signature, that
I have mailed a copy of the foregoing
"sworn affidavit", to:
    Kim Thomas, Legal division
    A.D.O.C.
    P.O. Box 301501
    Montgomery, Ala. 36130-1501

first-class postage pre-paid and then
properly addressed.
    Done this 5 day of November, 2006
        Thomas Adams
        Thomas Adams - 100612
        5B-18 Seg. Unit
        200 Wallace Dr.
        CCIO, Ala. 36017