MAY 21, 2007

RE: REQUEST FOR INTERVENTION

TO: THE CHIEF UNITED STATES MAGISTRATE JUDGE —
HONORABLE CHARLES S. COODY —

JUDGE COODY,

    SIR, I HOPE THIS REQUEST FINDS YOU IN GOOD HEALTH AND DOING WELL! AS FOR MYSELF, SIR, I'VE BEEN BETTER — BUT I'VE ALSO BEEN WORSE.

    SIR, I'M ASKING YOU TO READ THESE ENCLOSED LETTERS. THE ONES I'VE WRITTEN TO MY CLASSIFICATION SPECIALIST, MR. TYRONE BARROW ESPECIALLY!

    MY REQUESTS TO HIM ARE REALLY VERY SIMPLE — NOT HARD TO UNDERSTAND, BUT IT SEEMS THAT THESE PEOPLE (AL. D.O.C.) HAVE AND CONTINUE TO RETALIATE AND CONSPIRE AGAINST ME AND A COUPLE OTHER OLD INDIANS HERE!

    SIR, I AM ALSO SENDING TO YOU THE ONLY COPIES OF THE <u>INMATE REQUEST SLIPS</u> THAT I HAVE — THESE ARE IT. WILL YOU <u>PLEASE</u> PLACE THEM IN THE FILES THAT YOU HAVE?

    2:05-CV-0352-MHT  
    2:06-CV-0873-ID   } CSC  
    2:06-CV-0959-WKW

IF YOU WOULD ASK ONE OF YOUR <u>LAW CLERKS</u> TO PLEASE SEND ME 1 COPY BACK, I WOULD BE VERY GRATEFUL. I HAVE NO MEANS OR MONEY TO GET D.O.C. TO COPY THEM. I'M NOT REAL POPULAR!

(1)

LEGAL USE ONLY

AS YOU TOLD ME AND THE P.R.Civ.P. SAY, I AM SENDING A TRUE COPY OF THIS LETTER TO THE AL. D.O.C. LEGAL DIVISION.

THERE'S NO WAY I CAN SEND THEM (A.D.O.C.) COPIES OF THE ("INMATE REQUEST SLIPS")!

SIR, I THANK YOU FOR YOUR TIME AND YOUR PROFFESSIONAL CONSIDERATIONS IN THIS REQUEST.

JUDGE COODY, I HAVE BEEN TRYING FOR OVER 3 WEEKS JUST TO GET THE WATER IN CELL B-49 FIXED! I AM ON MEDS AND IT'S GETTING HOTTER AND HOTTER. IF YOU REMEMBER I HAD A BAD HEART-ATTACK LAST JUNE AND ALMOST DIED!

PLEASE HELP IF YOU CAN!

RESPECTFULLY,

Thomas Adams - 100612
B-49, SEG. UNIT. E.C.F.
200 WALLACE DR.
CLIO, ALA. 36017





_Original to U.S. Dist. Ct._

May 21, 2007

RE: Religious Service - Request
Administrative Regulation #333

TO: Warden Carter Davenport
Chaplain Anthony Askew

To whom it concerns,

It is the respectful request of the following named prisoners, who are being held in the segregation unit ("B" block) at Easterling Correctional Facility to be allowed to participate in the "Pipe Ceremony" during and on the _Summer Solstice of 2007_, being on or there about the same day.

And in/or the alternative _to be transferred_ pursuant to A.R. #333, and the classification manual, page 10, section E, 1-6, to then participate in the _Native American Sweatlodge_ (tobacco).

Please respond at your earliest convenience!

Respectfully submitted —

x Thomas Otten Adams - #100612, B-49

x Shawn Simmons 199329-B50

Stephen Morgan 136096  B-36-A

(1 of 1)

LEGAL USE ONLY

**INMATE REQUEST SLIP**

Name: Thomas Adams   Quarters: 7 B-118   Date: 5-16

AIS #: 100612

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

I am requesting an immediate transfer to any facility that has Sweat Lodge. I am a Native American (Cherokee). This request is pursuant to A.D.M.W. Reg. 338 and Federal Court Orders. The Summer Solstice is on June 21-22, recognized by the D.O.C.

Thomas Adams

Do Not Write Below This Line - **For Reply Only**

You will need to see the Chaplain.

M. Baur
05-19-05

Approved      Denied      Pay Phone      Collect Call

Request Directed To: (Check One)

( ) Warden                    ( ) Deputy Warden              ( ) Captain
(✓) Classification Supervisor  ( ) Legal Officer - Notary Public  ( ) Record Office

Tyrone Barrow

N176

## INMATE REQUEST SLIP

Name THOMAS ADAMS  Quarters 7B-118  Date 6-21

AIS # 100612

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        (✓) Other TRANSFER

Briefly Outline Your Request - **Then Drop In Mail Box**

I AM REQUESTING A TRANSFER TO PARTICIPATE IN SWEAT LODGE CEREMONIES AT ST. CLAIR, STATON, FOUNTAIN OR RED EAGLE PER THE ADM. REG. # 333; SEC. F-13.

THOMAS ADAMS

Do Not Write Below This Line - **For Reply Only**

You are permitted to participate in the sweat lodge at Staton.

TB

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)
( ) Warden              ( ) Deputy Warden           ( ) Captain
(✓) Classification Supervisor  ( ) Legal Officer - Notary Public  ( ) Record Office

N176    MR. T. BARROW

## INMATE REQUEST SLIP

Name: THOMAS ADAMS    Quarters: SB-8    Date: 6-26

AIS #: 100012

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet    (X) Other TRANSFER

**Briefly Outline Your Request - Then Drop In Mail Box**

You may notice I'm in S-Dorm, under "investigation," yet the now illegitimate structure between 7-8 Dorm is not a sweat lodge, there is no one here who is qualified to perform this ceremony. I am requesting a lateral transfer based on Admin. Reg. #333, Sec. F-13 Thank-You

**Do Not Write Below This Line - For Reply Only**

You are welcome to participate in Easterling's Sweat Lodge.

M. Bauan
6-28-05

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)

( ) Warden    ( ) Deputy Warden    ( ) Captain
(X) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

MR. TYRONE BARROW

N176

## INMATE REQUEST SLIP

Name __THOMAS ADAMS__ Quarters __6-A__ Date __3-15__

AIS # __100612__

( ) Telephone Call     ( ) Custody Change     ( ) Personal Problem

( ) Special Visit       ( ) Time Sheet        (X) Other _____

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

Respectfully Request the Document or form known as; Confirmation of Faith, which is generated by the Easterling Corr. Facility, I am also Requesting 3 copies at your earliest convenience,

Thank you

Thomas Adams

<u>Do Not Write Below This Line</u> - **For Reply Only**

Approved     Denied     Pay Phone     Collect Call

Request Directed To: (<u>Check One</u>)

( ) Warden                 ( ) Deputy Warden        ( ) Captain

( ) Classification Supervisor   ( ) Legal Officer - Notary Public    ( ) Record Office

CHAPLAIN ANTHONY ASKEW!

N176

# INMATE REQUEST SLIP

Name THOMAS ADAMS   Quarters 2B-118   Date 5-10

AIS # 100612

( ) Telephone Call   ( ) Custody Change   ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet       (X) Other _____

Briefly Outline Your Request - **Then Drop In Mail Box**

I AM REQUESTING TO TRANSFER TO AN INSTITUTION TO PARTICIPATE IN SWEAT LODGE CEREMONIES, I AM ON N. ATIVE AMERICAN'S LISTING WITH D.O.C. AND CHAPLAIN AS KEW,

THANK YOU,
Thomas Adams

Do Not Write Below This Line - **For Reply Only**

You will need to see the Chaplain.
Mr. Barron
05-11-05

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (<u>Check One</u>)

( ) Warden            ( ) Deputy Warden                    ( ) Captain
(X) Classification Supervisor   ( ) Legal Officer - Notary Public   ( ) Record Office

TYRONE BARROW

N176

ORIGINAL TO U.S. DIST.

MAY 14 2007

RE: TRANSFER FOR SWEATLODGE CEREMONY
PURSUANT TO CLASSIFICATION MANUAL
PAGE 18 - SECTION E. (1),(2),(3),(4),(5),(6)

TO MR. TYRONE BARROW -
CLASSIFICATION SPECIALIST

MR. BARROW,

I AM AGAIN REQUESTING THAT YOU ALLOW ME TO TRANSFER TO <u>ANY FACILITY</u> OTHER THAN REMAIN AT EASTERLING, TO PARTICIPATE IN THE SWEATLODGE CEREMONY. IT HAS BEEN WELL DOCUMENTED BY THE AL. D.O.C. SINCE AT LEAST 1992 AT LIMESTONE THAT I AM A DESCENDANT NATIVE AMERICAN.

THIS IS STEP #1 OF SECTION E. OF THE CLASSIFICATION MANUAL.

NOW IT IS YOUR LEGAL OBLIGATION AS A STATE EMPLOYEE TO FULFILL THE STEPS #2-3. IF FOR ANY REASON YOU AND YOUR SUPERVISOR FAIL TO COMPLY FULLY WITH THE REQUIREMENTS OF STEPS 2 AND 3 OF SECTION E., I WILL SEEK THE ASSISTANCE OF THE <u>CHIEF UNITED STATES MAGISTRATE JUDGE</u>, HONORABLE CHARLES S. COODY AND THE LEGAL AUTHORITY OF THE UNITED STATES DISTRICT COURT.

I WOULD SUGGEST THAT YOU ALSO RECORD AND/OR TRANSCRIBE ANY AND ALL CONVERSATIONS THAT BECOME INVOLVED IN CONCERNING THIS REQUEST!

(P.1)

MR. BARROW, YOU MUST BE AWARE THAT THE CLASSIFICATION MANUAL WAS ALTERED TO INCLUDE THE NAME <u>EASTERLING</u> AS ONE OF THE INSTITUTIONS TO HOST OUR MOST SACRED CEREMONIES. "SWEAT LODGE." (LONG AFTER THE 'INMATE REQUEST SLIP OF 5-10-2005) SIGNED BY YOURSELF ON 5-11-05. / AND THEN LONG AFTER THE 2nd REQUEST SLIP OF 5-19-05) ALSO SIGNED BY YOU!

THERE IS ALSO A 3RD REQUEST TO YOUR OFFICE REQUESTING TRANSFER DATED 6-21-2005. THE SAME DAY I WAS 'ARRESTED' AT THE INDIAN GROUNDS WHILE IN PRAYER ON OUR HOLY-DAY THE SUMMER SOLSTICE. WHICH BY THE WAY WAS/IS PROVIDED FOR NATIVE AMERICANS BY THE SAME FEDERAL MAGISTRATE. THE CHIEF MAGISTRATE JUDGE THAT WILL NOW RECIEVE THE <u>ORIGINAL OF THIS LETTER/REQUEST.</u>

MR. BARROW, YOU MUST ALSO BE AWARE THAT THE ILLEGITIMATE CONTRAPTION BETWEEN 7-8 DORM HAS AT THIS POINT (NOW OVER 2 YEARS) <u>NEVER BEEN</u> ___ USED BY ANYONE. NOT EVEN INMATE RICHARD BELL. WHO, UNDER ORDERS, CONSTRUCTED IT!

MR. BARROW. THERE IS ALSO A 4TH REQUEST TO YOU. FOR A TRANSFER DATED 6-26-2005. SIGNED <u>BY YOU</u> ON 6-28-05. <u>THE UNITED STATES DISTRICT COURT NOW HAS POSSESSION OF THESE 4 INMATE REQUEST SLIPS!</u>

©

MR. BARROW. IT IS ALSO ONE OF THE STIPULATIONS AT THE PLEA AGREEMENTS OF NOVEMBER 1, 2004. BEFORE HONORABLE SAM MONK II, (CALHOUN CO.) THAT I COMPLETE THERAPUTIC COMMUNITY AT AT THE LEAST S.A.P. (SECULAR S.A.P.)

I SENT THESE TWO REQUEST SLIPS TO MS. WILSON ON 1-14-2005 and 1-9-2005. BOTH ARE SIGNED BY HER. I HAD ALREADY BEEN REFUSED VERBALLY BY YOU AT YOUR 'OPEN-HOUSE'.

THESE ARE ALSO IN POSSESSION OF THE FEDERAL COURTS.

MR. BARROW, I CERTAINLY APPRECIATE YOUR TIME AND PROFESSIONAL CONSIDERATIONS IN THIS IMPORTANT MATTER.

YOUR OWN TIMELY RESPONSE WILL BE MUCH APPRECIATED. I AM LOOKING FORWARD TO HEARING FROM YOU!

RESPECTFULLY SUBMITTED,
THOMAS ADAMS - 180612
B-49. SEG. UNIT. E.C.F.
280 WALLACE DRIVE.
CLIO, ALA. 36017.



(3)

