ORIGINAL

RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA, NORTHERN

| | |
|---|---|
| THOMAS OTTER ADAMS, PRO SE, PLAINTIFF | CIVIL ACTION - |
| VS. | 2:06-CV-0873, ID, CSC |
| GWENDOLYN MOSLEY, WARDEN II, ET. AL., DEFENDANT(S) | |

PLAINTIFF'S MOTION FOR DISCOVERY. RULE 26, 34

COMES NOW THE PLAINTIFF, THOMAS ADAMS-180612, A STATE PRISONER, WHO IS BEFORE THIS HONORABLE COURT, CHIEF UNITED STATES MAGISTRATE JUDGE - CHARLES S. COODY.

PLAINTIFF FILES THIS MOTION FOR DISCOVERY, PURSUANT TO THE PROVISIONS OF THE FEDERAL RULES OF CIVIL PROCEDURE - RULE 26, & RULE 34

IN SUPPORT OF THIS MOTION / REQUEST.

I am Thomas Adams - 100612. A State Prisoner. I am over 21 years old.

Pursuant to the penalties of perjury, the following is true and correct to the best of my belief and knowledge. Affirmed by my signature:

_____

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff requests that the defendant(s),

   Warden Gwendolyn Mosley
   Sec. Commander Lewis Holett
   CO 1 Joel Yew
   CO 1 Daron Faulson
   CO 1 Angela Davis

Produce for inspection and copying the following document(s)_

① The complete prison record/file on the plaintiff - Thomas Adams - 100612

② The complete medical file of plaintiff Thomas Adams - 100612.

③ Any and all written statements, originals or copies. Identifiable as reports about the incident of August 10, 2006. Made and generated by prison and civilian employees, (Prison Health Services), (Incident Report), or the Alabama Dept.

(1)

of Corrections and any prisoner witnesses.

Including but not limited to the following AL. D.O.C. Administrative Regulations, being relevant to the subject matter of the pending action - 2:06-CV-0873-ID-CSC.

1. ADMIN. REG. # 023  (1-30-2002)
   REQUEST and RELEASE of A.D.O.C. DOCUMENTS

2. ADMIN. REG. # 302  (6-27-2005)
   INCIDENT REPORTING

3. ADMIN. REG. # 327  (2-16-2005)
   USE of FORCE

4. ADMIN. REG. # 300  (8-11-2004)
   INVESTIGATIONS / INTELLIGENCE DIVISION

5. ADMIN. REG. # 208  (8-17-2005)
   EMPLOYEE STANDARDS of CONDUCT / DISCIPLINE

6. ALSO STANDARD OPERATING PROCEDURE C-28, USE of FORCE.

Plaintiff maintains that this motion does not impose undue burden or expense on the ALA. DEPT. of Corrections, its employees or any/all contractors.

The DOCUMENTS are not available through the Inmate Law Library, Easterling Corr. Facility.

Plaintiff respectfully requests that this motion to be granted and issue.

RESPECTFULLY SUBMITTED.

Thomas Adams - 100612

THOMAS ADAMS - 100612.
B-34 SEG. UNIT.

(2)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, BY MY SIGNATURE, THAT I HAVE MAILED A TRUE COPY OF THE "PLAINTIFF'S MOTION FOR DISCOVERY - RULE 26, 34" TO THE

ASSISTANT ATTORNEY GENERAL
HON. BETTY J. CARMACK
11 SOUTH UNION STREET
MONTGOMERY, ALA. 36130

FIRST-CLASS POSTAGE PRE-PAID AND PROPERLY ADDRESSED —

DONE THIS 6TH DAY OF JUNE, 2007.

RESPECTFULLY SUBMITTED —

_Thomas Adams_

THOMAS ADAMS — 100612
B-34 SEG. UNIT. E.C.F.
200 WALLACE DRIVE
CLIO, ALA. 36017

THOMAS ADAMS - 180612
B-34- SEG. UNIT
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

LEGAL MAIL PRIVILEGED

MONTGOMERY AL 361
08 JUN 2007 PM 4 T

MS. DEBRAH HACKETT, CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALA. 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."