IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

THOMAS OTTER ADAMS, #100 612       *

    Plaintiff,       *

    v.       *       2:06-CV-873-ID

WARDEN GWENDOLYN MOSLEY,       *
 *et al.*,
    Defendants.       *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Discovery, it is

ORDERED that:

1. The Motion for Discovery (Doc. No. 21) is GRANTED to the extent that Plaintiff seeks access to his prison institutional and medical records;

2. On or before July 12, 2007, Defendants shall allow Plaintiff to inspect and/or copy all documents contained in his prison institutional and medical records which are within the care, custody or control of Defendants. **Plaintiff is hereby informed that neither jail officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies**. **Thus, if Plaintiff seeks to obtain photocopies of documents contained in his records, he must make prepayment to the appropriate official of all costs related to producing the copies.** Plaintiff is advised that: (i) he may utilize any means available to produce the requisite

copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court; and (ii) he must procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order. **Plaintiff is, therefore, cautioned that no further orders will be entered requiring additional access to his records unless he is able to establish that exceptional circumstances warrant additional production of these documents**;

    3. The Motion for Discovery (Doc. No. 21) is GRANTED to the extent Plaintiff seeks copies of all documents, reports, and/or statements made pertaining to the incident which occurred August 10, 2006 which have not heretofore been submitted for filing in this matter and Defendants comply shall comply with this discovery request on or before July 12, 2007;

    4. The Motion for Discovery (Doc. No. 21) is GRANTED with respect to Plaintiff's request for Administrative Regulations as specifically identified in the discovery request;

    5. On or before July 12, 2007, Defendants shall allow Plaintiff to inspect and/or copy the Administrative Regulations identified in his discovery request. The availability of copies of the requested regulations shall follow the provisions set forth in ¶2 above; and

    6. On or before July 27, 2007 Plaintiff may file any further response in compliance with the directives of the order entered on December 6, 2007 (Doc. No. 17) **NO** requests for additional time to file a response will be entertained by the court.

Done, this 14th day of June 2007.

                            /s/ Charles S. Coody
                            CHARLES S. COODY
                            CHIEF UNITED STATES MAGISTRATE JUDGE