ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
JUN 19 A 9:39

THOMAS OTTER ADAMS -
PLAINTIFF. PRO SE.

VS.

WARDEN GWENDOLYN MOSLEY
ET. AL., DEFENDANT(S)

2:06-CV-873. ID.
(CSC)

## NOTICE & REQUEST. PLAINTIFF

Comes now the Plaintiff. Thomas Otter Adams. A state prisoner. Who is before this Honorable Court. Chief United States Judge Magistrate - Charles S. Coody.

Plaintiff files this motion and request, and prays this Honorable Court to now intervene. In the interests of justice.

In support thereof:

LEGAL USE ONLY

## NOTICE

I am Thomas Adams, a state prisoner, plaintiff in the above civil action known as Adams v. Mosley et.al. - 2:06-CV-873.ID.CSC. I am over 21 years old.

Plaintiff maintains that this notice is filed in conjunction with - "Plaintiff's Motion for Discovery" and this Court's "Order on Motion" Document #22-1 filed on June 14, 2007.

This Plaintiff's "Motion for Discovery" (Doc.#21) was GRANTED on June 14, 2007, by this Honorable Court - Chief United States Magistrate Judge, Charles S. Coody, this Plaintiff/Prisoner is very grateful.

### ATTENTION TO:

This Honorable Court and the several defendants of this civil action.

From page 1 of 3, "Order on Motion" (6-14-2007) this Court informs the parties;

> "Plaintiff is hereby informed that neither jail officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies. Thus if Plaintiff seeks to obtain photocopies of documents contained in his records, he must make prepayment to the appropriate official of all costs related to producing copies."

(1)

FACTS -

(1) On September 9, 2006, Document # 4-1, ORDER, this Plaintiff was ordered to submit an inmate account statement. (which reflected a balance of (.83) eighty three cents.)

(2) On October 18, 2006, Document # 10, ORDER on Motion. Plaintiff's "Motion for Leave to Proceed in Forma Pauperis" (Document # 2) is hereby GRANTED.

~~~~~~~~~~

Pursuant to the Provisions and Penalties of Perjury (28 U.S.C., 1746(2)) this Plaintiff states:

My financial status has not changed since this Honorable Courts ORDER of October 18, 2006. I remain an indigent prisoner, there is little or no possibility that I will receive any monies or funding to actually pay in advance for even a single copy of any document, nor will I be capable to use "any other means" to procure these needed document(s), statement(s) and forms, to pursue and proceed with this important, critical and serious civil action. in. which it is alleged and maintained that. excessive force and brutality has happened on this Plaintiff/Prisoner.

~~~~~~~~~~

These documents, forms, reports and records carry considerable and significant weight and bearing in the trial of this civil action.
There is a strong consequence that justice will not be preserved nor prevail without these document(s) submitted as evidence and then examined by this Honorable Court.

(2)

The documents, files are absolutely relevant and material as evidence in this civil action.

It is this plaintiff's request for relief that this Honorable Court will now intervene in this deciding and difficult dilemma, predicament of this plaintiff/prisoner.

Pursuant to the penalties of perjury! Done this 18th day of June, 2007

Respectfully submitted,
Thomas Adams

Thomas Adams - 180612
B-34 Seg. Unit. E.C.F.
200 Wallace Drive
Clio, Ala.  36017

cc: U.S. Dist. Ct.
Legal Div., Al. D.O.C.
File

(3)

<u>CERTIFICATE OF SERVICE</u>

I HEREBY AFFIRM, BY MY SIGNATURE, THAT I HAVE MAILED A TRUE COPY OF THE PLAINTIFF'S FOREGOING "NOTICE/REQUEST" TO:

LEGAL DIVISION, AL. D.O.C.
P.O. BOX 301501
MONTGOMERY, ALA. 36130-1501

FIRST-CLASS POSTAGE PAID AND PROPERLY ADDRESSED, PLACED IN THE CELL DOOR OF B-34, E.C.F. ON THIS THE <u>17TH DAY OF JUNE, 2007</u>.

RESPECTFULLY SUBMITTED,
<u>Thomas Adams</u>
THOMAS ADAMS - 100612
B-34, SEG. UNIT, E.C.F.
200 WALLACE DRIVE
CLIO, ALABAMA 36017

2

LEGAL USE ONLY

THOMAS ADAMS - 188015
B-34, SEG UNIT. E.C.F.
200 WALLACE DR.
CLIO, ALA. 36017

LEGAL MAIL PRIVILEGE!

MONTGOMERY AL 361
18 JUN 2007 PM 4 T

MS. DEBORA HACKETT. CLERK
(MS) UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY. ALA.   36101-0711