IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| THOMAS OTTER ADAMS, #100 612 | * |
|     Plaintiff, | * |
|     v. | *    2:06-CV-873-ID |
| WARDEN GWENDOLYN MOSLEY, *et al.*, | * |
|     Defendants. | * |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's Motion to Intervene Regarding Discovery  Plaintiff requests essentially that the court reconsider that portion of the court's June 14, 2007 order informing him that

> **neither jail officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies. Thus, if Plaintiff seeks to obtain photocopies of documents contained in his records, he must make prepayment to the appropriate official of all costs related to producing the copies.**

(Doc. No. 22 at 1.)   In support of his motion, Plaintiff argues that the court granted him leave to proceed in this action *in forma pauperis*.  He asserts that his financial status has not changed since the court granted him leave to proceed *in forma pauperis* and that he remains indigent.

Plaintiff is advised that the order granting him leave to proceed *in forma pauperis* allows him to proceed in this matter only to the extent he is not required to pre-pay the initial

costs associated with the filing of this complaint. Plaintiff remains obligated to pay the costs associated with this action unless the court directs otherwise. Additionally, the court's June 14, 2007 order indicated that if Plaintiff did not have the funds available to make copies of documents he wished to obtain that he could utilize any means available to him to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he wished to retain for himself and/or submit to this court.

In light of the foregoing, it is

ORDERED that Plaintiff's Motion to Intervene Regarding Discovery (Doc. No. 23) be and is hereby DENIED.

Done, this 20th day of June 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE