"ORIGINAL"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS OTTER ADAMS,
PRO SE, PLAINTIFF
vs.

2:06-CV-0873, ID, CSC
A CIVIL ACTION

WARDEN GWENDOLYN MOSLEY,
ET. AL., DEFENDANT(S)

PLAINTIFF'S MOTION TO REQUEST COURT'S PERMISSION
FOR A SUPPLEMENTAL PLEADING

COMES NOW THE PLAINTIFF, THOMAS OTTER ADAMS, A STATE PRISONER, WHO IS BEFORE THIS HONORABLE COURT, CHIEF UNITED STATES MAGISTRATE JUDGE, MR. CHARLES S. COODY.

PLAINTIFF RESPECTFULLY REQUESTS THIS HONORABLE COURT'S AUTHORITY AND PERMISSION TO FILE ANOTHER SUPPLEMENTAL PLEADING TO THE ABOVE MENTIONED CIVIL ACTION - 2:06-CV-0873- ID-CSC.

THIS REQUEST/MOTION IS MADE PURSUANT TO THE PROVISIONS OF THE FEDERAL RULES OF CIVIL PROCEDURE - RULE 15(d).

IN SUPPORT:

LEGAL USE ONLY

I AM THOMAS ADAMS - #180612, A STATE PRISONER, OVER 21 YEARS OLD.

I AM THE SOLE PLAINTIFF OF THE ABOVE STYLED CIVIL ACTION 2:06-CV-0873, ID-CSC filed on SEPTEMBER 11, 2006, (A TRAGIC ANNIVERSARY, WHEN MY COUNTRY WAS ATTACKED). THIS CIVIL ACTION IS FILED BEFORE THE CHIEF UNITED STATES MAGISTRATE JUDGE, CHARLES S. COODY.

IN DOCUMENT #10, filed SEPTEMBER 18, 2006, IN FORMA PAUPERIS WAS/IS GRANTED.

IN RELEVANT PART OF PLAINTIFF'S RESPONSE TO THE DEFENDANT'S "SPECIAL REPORT", IT IS RECORDED THAT, "THIS PRISONER PRAYS THIS HONORABLE COURT WOULD demand THE MEDICAL RECORDS OF THOMAS ADAMS-180612"—

THIS REQUEST WAS ALSO INCLUDED IN PLAINTIFF'S REQUESTED RELIEF OF THE SAME DOCUMENT.

THIS PLAINTIFF RESPECTFULLY REQUESTED THIS ACTION PURSUANT TO F.R. CIV. P-#56(C), AS "EVIDENTIARY MATERIAL(S)".

THIS PLAINTIFF MAINTAINS THAT AT THAT TIME THE DEFENDANTS NEVER RESPONDED TO THAT REQUEST.

THIS PLAINTIFF THEN filed A "MOTION FOR DISCOVERY" on JUNE 6, 2007, which was then GRANTED BY THIS HONORABLE COURT.

THE DEFENDANT'S NEW ADMINISTRATIVE REGULATION #023, HAS provisions And procedure THAT AN INMATE OF MEANS (MONEY) CAN OBTAIN ANY And documents REQUESTED, WHILE THERE ARE NO

①

provisions that an indigent prisoner may be afforded the same/equal access. This also discriminates against a prisoner who has no balance on his P.M.O.D. account.

This plaintiff seeks the permission of this Honorable Court to add the further claim/ and violation in a "Supplemental Pleading" that the Defendant's and Attorney General, (Assistant) Ms. Bettie Cormack, are liable for <u>access to court violations and further discrimination(s)</u>.

A person's right of access to the Courts is protected by the United States Constitution.

Plaintiff prays that due to the several evidentiary discoveries which occurred on June 26, 2007, while this Plaintiff was inspecting/viewing his institutional/medical files), that this Honorable Court will grant, in the interests of justice and discovery a motion to amend/ supplemental pleading.

Respectfully submitted,
Thomas Adams.

Done this 4th day of July, 2007

LEGAL USE ONLY

(2)

CERTIFICATE OF SERVICE

I hereby certify and affirm, by my signature, that I have mailed a true copy of the above "Plaintiff's motion to request this court's permit for a supplemental pleadings"

To:

Ms. Bettie Cramark.
Assistant Attorney General
# 11 South Union Street
Montgomery, Alabama  36130-0152

Properly addressed and first-class postage being pre-paid.

Done this 4th day of July, 2007

Pursuant to the penalties of perjury, 28 USC. 1746.

Respectfully,

Thomas Adams

Thomas Adams - # 180612
B-34, Seg. Unit. - E.C.F.
200 Wallace Dr.
Clio. Ala.  36017

(3)



THOMAS ADAMS - 108612
B-34, SEG. UNIT
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

LEGAL MAIL PRIVILEGE

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

MS. DEBRA HACKETT, CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALA.   36101-0711

MONTGOMERY AL 361
05 JUL 2007  PM 3 L

USA FIRST-CLASS