IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

THOMAS OTTER ADAMS, #100 612                *

    Plaintiff,                                                      *

v.                                                                        *          2:06-CV-873-ID

WARDEN GWENDOLYN MOSLEY,            *
*et al.*,
    Defendants.                                                 *

_____

**ORDER ON MOTION**

On July 6, 2007 Plaintiff filed a pleading captioned as a Motion for Court's Permission to File a Supplemental Pleading. Upon consideration of the pleading, construed as a motion for permission to file an additional opposition, and in light of the court's June 14, 2007 order granting Plaintiff an extension to and including July 27, 2007 to file any further response to Defendants' written report, it is

ORDERED that the motion (Doc. No. 26) be and is hereby DENIED as moot.

To the extent Plaintiff's July 6, 2007 pleading may be construed as a Motion for Leave to File a Motion to Amend Complaint, and for good cause, it is

ORDERED that the motion (Doc. No. 26) be and is hereby DENIED.[1] (*See* Doc. No. 14, ¶5(f).)

---

[1] If Plaintiff believes his constitutional rights have been violated since the filing of the instant action, he is free to file another civil complaint.

Done, this 16th day of July 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE