ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUL 25 A 9:19

| THOMAS OTTER ADAMS. | CIVIL ACTION |
| PRO SE - PLAINTIFF | 2:06-CV-0873.ID-CSC |
| VS. | |
| GWENDOLYN MOSLEY, | |
| WARDEN III, ET. AL. | |
| DEFENDANT(S) | |

**SUPPLEMENTAL RESPONSE TO DEFENDANT'S SPECIAL REPORT**

COMES NOW THE PLAINTIFF, THOMAS OTTER ADAMS. A STATE PRISONER. WHO IS BEFORE THIS HONORABLE COURT, CHIEF UNITED STATES MAGISTRATE JUDGE. MR. CHARLES S. COODY.

Pursuant to this Honorable Court's Order of July 16, 2007 and the Order of June 14, 2007. This Plaintiff files the following,

IN THE SUPPORT THEREOF;

LEGAL USE ONLY

I am Thomas Adams, a state prisoner, plaintiff in the above civil action. I am over 21 years old.

Plaintiff asserts and realleges each and every allegation of the original complaint as if wholly stated here.

Plaintiff maintains, as if completely restated here the entire "Response to Defendant's - Special Report", filed December 11, 2006.

Plaintiff asserts at this time, that on June 26, 2007, while inspecting the medical file of this plaintiff/prisoner that the following documents(s), paper(s), report(s) were discovered.

#1 - Incident Report of 8-10-2006 @ 9:25 am A.D.O.C. Form 302-A, (and continuations)

#2 - Investigation Sheet - Use of Force Attachment #1 - S.O.P. C-28

#3 - Duty Officer Report - 8-10-2006 @ 12:00 pm A.D.O.C. Form 302-C (6-1-2005)

#4 - Letter from Lattrice Green to Wardens Mosley and Davenport, (10-20-2006).

#5 - Emergency Report from Nurse Bush - (PHS) @ 9:45 am - Subject: CO I Joel Tew

#6 - Body Chart (PHS) - Nurse Bowman @ 4:15 pm 8-10-2006, Subject: Thomas Adams - #180612

#7 - 8-11-2006, Special Needs Communication Form, Dr. J. Darbouze (PHS) @ 9:40 am

#8 - 8-11-06., Reciept of Medical Equipment / Appliance Form - wrist-brace

#9 - Special Needs Communication, Form @ 4:35 pm.

(1)

Plaintiff maintains that there are no provisions in the AL. D.O.C.'s. Administrative Regulation # 023. "Request and Release of A.D.O.C. Documents" for the procurement of "evidentiary materials" by an indigent prisoner. While a prisoner of means. (I.E. a wealthy pedofile or a Kingpin Drug Dealer.) can obtain these same services at the rate of .50 (fifty cents) per page!

Plaintiff asserts that, without this honorable Court's judicious inspection of these (9) nine items from plaintiff's medical file, he is placed at a serious legal disadvantage.

Plaintiff asserts and alleges that due entirely to the actions of defendant CO 1 Jez Yew, I was ordered and required to wear a wrist brace for two weeks, the abuse and excessive force of <u>CO 1 Jez Yew</u> has and continues to cause permanent pain and suffering to this prisoner's right hand and forearm. This plaintiff is right-handed. Each legal document is hand-written right handed.

Plaintiff further asserts that the defendant <u>Segregation Commander Sgt. C. Hulett</u> was removed from assignment to the Seg. Unit. and has since been transferred due to further wrongs/misconduct(s) as an AL.D.O.C. employee, which presents a question of credibility and/or a fraudulent affidavit. as is alleged in the original "Response", filed December 11, 2006.

(2)

## RELIEF REQUESTED

Plaintiff prays that this Honorable Court to issue;

A positive award against the defendants in the amount of $5,000.00, Five thousand dollars.

A declatory judgement against the defendant(s) in the amount of $5,000.00, Five thousand dollars.

To issue a summary judgement for this plaintiff, against the Alabama Department of Corrections and the named defendants, who are employees of the same, liable in their official and individual capacities.

To order the A.D.O.C. at Easterling to continue and maintain any and all medical treatment(s) relevant to this incident.

To order the Investigation & Intelligence Division of the A.D.O.C. to provide documentary evidence, including polygraph results, of this incident on August 10, 2006.

Respectfully submitted,
Thomas Adams

Thomas Adams - 100612
B-34 - Seg. Unit. E.C.F.

(3)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, BY MY SIGNATURE, THAT I HAVE MAILED A TRUE COPY OF, "PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S SPECIAL REPORT," FIRST-CLASS POSTAGE PRE-PAID AND PROPERLY ADDRESSED TO:

MS. BETTIE CARMACK, ATTORNEY
ATTORNEY GENERAL'S OFFICE
# 11 SOUTH UNION STREET
MONTGOMERY, ALA.        36130-0152

DONE THIS 23rd DAY OF JULY, 2007, BY PLACING THE SAME IN THE CELL DOOR OF B-34.

THE ABOVE AND FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY BELIEF AND KNOWLEDGE, PURSUANT TO THE PENALTIES OF PERJURY.

RESPECTFULLY SUBMITTED,
Thomas Adams
_____
THOMAS ADAMS - 180612
B-34, SEG. UNIT, E.C.F.
280 WALLACE DRIVE
CLIO, ALABAMA 36017

CC: U.S. DIST. COURT
    ASSISTANT ATTORNEY GENERAL
    INMATE FILE

THOMAS ADAMS - 100612
B-34, SEG UNIT
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

LEGAL MAIL PRIVILEGE

MONTGOMERY AL 361
24 JUL 2007 PM 3 T

MS. DEBRA HACKETT, CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."