IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

THOMAS OTTER ADAMS,                          )
                                             )
      Plaintiff,                             )
                                             )
v.                                           )          CASE NO. **2:06-cv-373**
                                             )
GWENDOLYN MOSLEY, et al,                     )
                                             )
      Defendant,                             )

## CONFLICT DISCLOSURE STATEMENT

      COMES NOW *Gwendolyn Mosley, Lewis Hulett, Joel Tew, Daron Fayson, and Angela Brown,* Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■      This party is an individual, or

☐      This party is a governmental entity, or

☐      There are no entities to be reported, or

☐      The following entities and their relationship to the party are hereby reported:

Reportable Entity                                     Relationship to Party

_____        _____

_____        _____

_____        _____

_____        _____

12/12/2007                                            /s/ Bettie J. Carmack
Date                                                  Counsel Signature

                                                      **Gwendolyn Mosley, Lewis Hulett, Joel Tew,**
                                                      **Daron Fayson, and Angela Brown**
                                                      Counsel for (print names of all parties)

                                                      11 South Union Street Montgomery, AL 36130
                                                      Address, City, State Zip Code

                                                      334-353-5305
                                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, <u>Bettie J. Carmack</u>, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 13th day of December 2007, to:

**Inmate Thomas Otter Adams**
**#100612**
**Staton Correctional Facility**
**P. O. Box 56**
**Elmore, AL 36025**

<u>12/13/2007                                </u>                    <u>/s/Bettie J. Carmack</u>
                Date                                                      Signature