December 1, 2007

RE: NOTICE: CHANGE OF ADDRESS
   2:05-CV-0352-MHT
   2:06-CV-0873-ID
   2:06-CV-0959-WKW

Clerk of the Court,
   Madam Clerk - Ms. Debra Hackett

This to inform you that after 29 months in the segregation unit at Easterling, I have finally been transferred!
   This is the correct address -
      Thomas Adams - 180612
      E-Dorm, Staton
      P.O. Box 56
      Elmore, Alabama - 36025
   Thanks for all your great help the past few years, Merry Christmas - Happy New Year!

   Respectfully submitted,
   Thomas Adams

P.S. There has been no legal mail forwarded from Easterling. As of this mailing date - Please tell Judge Coody, thank you!

Thomas Adams - 180612
E-Dorm, - 2-14-A
Staton Corr. Facility
P.O. Box 56
Elmore, Ala. 36025

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36102

MONTGOMERY AL 361
27 DEC 2007 PM 4 T

36101+0711