IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

THOMAS OTTER ADAMS, #100 612    *

    Plaintiff,    *

    v.    *    2:06-CV-873-ID

WARDEN GWENDOLYN MOSLEY,    *
*et al.*,
    Defendants.    *

_____

## ORDER

Upon consideration of Plaintiff's supplemental response (*Doc. No. 28*), it is

ORDERED that on or before August 11, 2008 Defendants shall supplement their written report by filing with the court:

    1. Copies of the nine documents identified in Plaintiff's supplemental response;

    2. Copies of any and all records of x-rays taken of Plaintiff on or about August 10-11, 2006; and

    3. Copies of Plaintiff's medical records covering the period between August 10, 2006 and August 20, 2006 not heretofore requested or produced.

Done, this 25th day of July 2008.

        /s/ Charles S. Coody
        CHARLES S. COODY
        UNITED STATES MAGISTRATE JUDGE