**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **THOMAS OTTER ADAMS (100612),** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case #: 2:06-cv-873-ID** |
| | ) | |
| **WARDEN GWENDOLYN MOSLEY,** | ) | |
| **Et al** | ) | |
| **Defendants.** | ) | |


**RESPONSE TO THE COURT'S ORDER DATED JULY 25, 2008**

Come now the Defendants, **Gwendolyn Mosley**, **Lewis Hulett, Joel Tew, Daron Fayson, and Angela Brown,** by and through the Attorney General for the State of Alabama, and hereby file the following documents in response to this Court's order dated July 25, 2008:

1. Exhibit F – Items 1 through 9 requested by Inmate Adams

2. Exhibit G – Inmate Adams' August 10, 2006 X-ray report

3. Exhibit H – Inmate Adams' medical records for August 10-20, 2006.

Respectfully Submitted,

Troy King (KIN047)
Attorney General


*/s/Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 5th day of August, 2008, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

**Inmate Thomas Otter Adams**
**AIS # 100612**
**Staton Correctional Facility**
**P. O. Box 56**
**Elmore, AL 36025**

/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433

# EXHIBIT F

STATE OF ALABAMA
**DEPARTMENT OF CORRECTIONS**
# INCIDENT REPORT

| 1. Institution:<br>**Easterling Correctional Facility** | | 2. Date:<br>**08/10/2006** | 3. Time:<br>**9:00 AM** | 4. Incident Number:<br>**ECF 06-853** | Class Code:<br>**C** |
|---|---|---|---|---|---|
| 5. Location Where Incident Occurred:<br>**Segregation, Cell 5B-16** | | | 6. Type of Incident:<br>**#64-Possession of contraband.** | | |
| 7. Time Incident Report<br>**9:10 AM** | | | 8. Who Received Report:<br>**Sgt. Lewis Hulett** | | |

**9. Victims:**     Name              AIS

a. **N/A**          No. _____

b. _____   No. _____

c. _____   No. _____

| 10. Suspects:   Name     AIS | | 11. Witnesses:   Name       AIS | |
|---|---|---|---|
| a. **Thomas Adams**   No. **W/100612** | | a. **N/A**   No. _____ | |
| b. _____ No. _____ | | b. _____ No. _____ | |
| c. _____ No. _____ | | c. _____ No. _____ | |
| d. _____ No. _____ | | d. _____ No. _____ | |
| e. _____ No. _____ | | e. _____ No. _____ | |
| | | f. _____ No. _____ | |
| | | g. _____ No. _____ | |

**PHYSICAL EVIDENCE:**

**12. Type of Evidence**

**N/A**

**13. Description of Evidence:**

**N/A**

**14. Chain of Evidence:**

a **N/A**
b
c
d
e

**15. Narrative Summary:**

On August 10, 2006, at approximately 9:00 AM, Officers Joel Tew and Officer Fayson conducted a routine shakedown of cell 5B-16, which housed Inmates Thomas Adams, W/100612, and Gary Christopher, W/201921. During the shakedown Officer Tew found and confiscated four (4) pieces of razor blade, one (1)-double bladed pencil sharpener, one (1) state issued belt buckle, one (1) band aid, ten (10) rolls of string, one (1) box of used artist pastels (chalk crayons), three (3) pieces of a ruler, one (1) inmate made artist brush, and six (6) 600mg Lopid pills, from Inmate's Adams bed and living area. Officer Tew asked Inmate Adams if the items belonged to him. Inmate Adams stated, "Yea, all of that is mine." At approximately 9:10 AM, Officer Tew reported the incident to Sgt. Lewis Hulett. Officer Fayson carried the pills to the Health Care Unit to be identified. The pills were identified by Nurse Susie Bush as Lopid, which is prescribed to Inmate Adams. Nurse Bush disposed of the pills in the pharmacy sink. Inmate Adams remained in cell 5B-16 pending disciplinary action for R/V#64-Possession of contraband.

Joel Tew, COI



STATE OF ALABAMA
**DEPARTMENT OF CORRECTIONS**

AUG 1 8 2006 (1)

# INCIDENT REPORT

| 1. Institution: **Easterling Correctional Facility** | 2. Date: **08/10/2006** | 3. Time: **9:25 AM** | 4. Incident Number: **ECF 06- 867** | Class Code: **B** |
|---|---|---|---|---|

| 5. Location Where Incident Occurred: **Segregation Lobby** | 6. Type of Incident: **#56-Failure to obey a direct order of an ALDOC official; #29-Assault on an ALDOC official. (Use of Force)** |
|---|---|

| 7. Time Incident Report **9:25 AM** | 8. Who Received Report: **Sgt. Lewis Hulett** *Sgt. Lewis Hulett* |
|---|---|

| 9. Victims: | Name | | | AIS |
|---|---|---|---|---|
| a. | **N/A** | | No. | |
| b. | | | No. | |
| c. | | | No. | |

| 10. Suspects: | Name | | AIS | 11. Witnesses: | Name | | AIS |
|---|---|---|---|---|---|---|---|
| a. | **Thomas Adams** | No. | **W/100612** | a. | **N/A** | No. | |
| b. | | No. | | b. | | No. | |
| c. | | No. | | c. | | No. | |
| d. | | No. | | d. | | No. | |
| e. | | No. | | e. | | No. | |
| | | | | f. | | No. | |
| | | | | g. | | No. | |

**PHYSICAL EVIDENCE:**

12. Type of Evidence

   N/A

13. Description of Evidence

   N/A

14. Chain of Evidence:

a   N/A
b
c
d
e

**15. Narrative Summary:**

On August 10, 2006, Officer Daron Fayson and Officer Joel Tew were assigned as Segregation Rovers. At approximately 9:25 AM, Officer Fayson reported to Sgt. Lewis Hulett that Inmate Thomas Adams, W/100612, cell 5B-16, was having chest pains. At approximately 9:27 AM, Officer Fayson and Officer Angela Brown removed Inmate Adams from his cell and escorted him to the lobby. Sgt. Hulett notified the Health Care Unit and advised them to send a wheelchair to the Segregation Unit. At approximately 9:29 AM, the Health Care Unit inmate runner arrived at the Segregation Unit with the wheelchair. Sgt. Hulett pushed the wheelchair into the lobby. At approximately 9:30 AM, Officer Tew entered the Segregation Unit with the food cart. Sgt. Hulett instructed Officer Tew to assist Inmate Adams into the wheelchair so that he could be escorted to the Heath Care Unit. Officer Tew placed the wheelchair in front of Inmate Adams and instructed him to get in the wheelchair. Inmate Adams kicked the wheelchair and stated, "Y'all ain't going to do anything for me. Y'all want me dead. Y'all are making a big deal out of some pastel pencils and some pills," in the presence of Sgt. Hulett and Officer Angela Brown. Officer Tew placed the wheelchair in front of Inmate Adams again and ordered him to sit in the wheelchair. Inmate Adams jumped up from the chair and began walking towards the exit door. Officer Tew grasped Inmate Adams' jumpsuit at his left arm area and ordered him to stop and sit in the wheelchair. Inmate Adams pulled away from Officer

| Distribution: | ORIGINAL AND ONE (1) COPY to Central I & I Division | COPY to Deputy Commissioner of Operations (Class A and B ONLY) |
|---|---|---|
| | COPY to Institutional File | COPY to Central Records Office |

**ADOC Form 302-A – June 1, 2005**

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS



## INCIDENT REPORT/DUTY OFFICER REPORT
## CONTINUATION

| Institution:  **Easterling Correctional Facility** | Incident Number:  ECF – 06- | Class Code:   **B** |
|---|---|---|

| Date:  **August 10, 2006** | Type of Incident:  **#29-Assault on an ALDOC official; #56-Failure to obey a direct order of an ALDOC official. (Use of Force)** |
|---|---|

Narrative Summary (Continued) Page No.: 2

Tew.  Officer Tew grasped Inmate Adams' right upper arm and directed him toward the wheelchair.  Inmate Adams kicked the wheelchair and charged at Officer Tew, pushing him into the lobby wall.  Officer Tew grasped Inmate Adams' upper body and placed Inmate Adams on the floor. Officer Tew, Officer Brown, and Sgt. Hulett assisted Inmate Adams to the wheelchair.  Sgt. Hulett and Officer Tew escorted Inmate Adams to the Health Care Unit to be examined.  At approximately 9:40 AM, Officer Tew was examined by Nurse Susie Bush and released back to duty at approximately 9:45 AM.  At approximately 9:45 AM, Inmate Adams was examined by Nurse Debra Shehane and released back to Officer Tew and Sgt. Hulett at approximately 10:00 AM.  Officer Tew and Sgt. Hulett escorted Inmate Adams back to the Segregation Unit and placed Inmate Adams back into his assigned cell (see attached medical charts).  At approximately 12:00 PM, Sgt. Hulett completed a Duty Officer Report and faxed it to the appropriate officials (see attached Duty Officer Report).  On August 11, 2006, Lt. Willie Bryant completed a Use of Force Investigation (see attached Use of Force Investigation sheet).  Inmate Adams remained in Segregation pending disciplinary action for R/V#29- Assault on an ALDOC official and #56-Failure to obey a direct order on an ALDOC official.

Joel Tew  COI

## USE OF FORCE
## INVESTIGATION SHEET

**LIST BELOW PERSONNEL INVOLVED/
INTERVIEWED**

**LIST BELOW INMATES INVOLVED/
INTERVIEWED**

Officer Joel Tew

Officer Angela Brown

Sgt. Lewis Hulett

Thomas Adams, W/100612

**FINDING:** On August 10, 2006, Officer Joel Tew was assigned a Segregation Rover. At approximately 9:30 AM, Officer Tew instructed Inmate Thomas Adams, W/100612, to get out of the chair that he was sitting in in the lobby and to sit in the wheelchair that was in front of him. Inmate Adams was complaining of chest pains. Inmate Adams kicked the wheelchair and stated, " Y'all ain't going to do anything for me. Y'all want me dead. Y'all are making a big deal out of some pastel pencils and some pills." Officer Tew placed the wheelchair in front of Inmate Adams again and ordered him to get in the wheelchair. Inmate Adams jumped up from the chair and began walking towards the exit door. Officer Tew grasped Inmate Adams' jumpsuit at his left arm area and ordered Inmate Adams to stop and sit in the wheelchair. Inmate Adams pulled away from Officer Tew. Officer Tew grasped Inmate Adams' right upper arm and directed him toward the wheelchair. Inmate Adams kicked the wheelchair and charged Officer Tew, pushing him into the lobby wall. Officer Tew grasped Inmate Adams' upper body and placed Inmate Adams on the floor. Officer Tew, Officer Angela Brown, and Sgt. Lewis Hulett assisted Inmate Adams to the wheelchair. Sgt. Hulett and Officer Tew escorted Inmate Adams to the Health Care Unit in the wheelchair. Inmate Adams was examined and released back to Segregation. Officer Tew was examined and released back to duty with no injuries.

**THE USE OF FORCE WAS JUSTIFIED:**    to gain control of Inmate Adams and make him comply with the lawful order to sit in the wheelchair provided.

INVESTIGATING OFFICER'S SIGNATURE

ATTACHMENT #1 SOP C-28

# Alabama Department of Corrections
# Duty Officer Report

Class Code _____

**#56-Failure to obey a direct order of an ALDOC official (Use of Force)**

Type of Incident:  **#29-Assault on an ALDOC official**    Institution:  **Easterling Corr. Facility**

| | | | | |
|---|---|---|---|---|
| Victim(s): | _____ | AIS# _____ | R/S _____ | DOB _____ |
| | _____ | AIS# _____ | R/S _____ | DOB _____ |
| Suspects(s): | **Thomas Adams** | AIS# **100612** | R/S **W/M** | DOB **06/17/1952** |
| | _____ | AIS# _____ | R/S _____ | DOB _____ |
| | _____ | AIS# _____ | R/S _____ | DOB _____ |

Sentenced From:  **Calhoun County**          Date of Sentence:  **11/01/2004**

Offense(s):  **Robbery I   X6**          Length of Sentence:  **Life**

Minimum Release Date:  **Life**

Date:  **08/10/06**   Time:  **9:30 AM**   Location:  **Segregation Lobby**

Brief Narrative:  On August 10, 2006, Officer Joel Tew was assigned duty as a Segregation Rover.  At approximately 9:30 AM, Officer Tew instructed Inmate Thomas Adams, W/100612, to get out of the chair that he was sitting in the lobby and to sit in the wheel chair that was in front of him.  Inmate Adams was complaining of chest pains.  Inmate Adams kicked the wheel chair and stated, "Y'all ain't going to do anything for me.  Y'all want me dead.  Y'all are making a big deal out of some pastel pencils and some pills."  Officer Tew placed the wheel chair in front of Inmate Adams again and ordered him to get in the wheel chair.  Inmate Adams jumped up from the chair and began walking towards the exit door.  Officer Tew grasped Inmate Adams' jumpsuit at his left arm area and ordered Inmate Adams to stop and sit in the wheel chair.  Inmate Adams pulled away from Officer Tew.  Officer Tew grasped Inmate Adams' right upper arm and directed him toward the wheel chair.  Inmate Adams kicked the wheel chair and charged Officer Tew, pushing him into the lobby wall.  Officer Tew grasped Inmate Adams' upper body and placed Inmate Adams on the floor.  Officer Tew, Officer Angela Brown, and Sgt. Lewis Hulett assisted Inmate Adams to the wheel chair.  Sgt. Hulett and Officer Tew escorted Inmate Adams to the Health Care Unit in the wheel chair.  Inmates Adams was examined and released back to Segregation.  Officer Tew was examined and released back to duty with no injuries.

(Use ADOC Form 302-B for Continuation of narrative)

| | | | | |
|---|---|---|---|---|
| Official Reporting:  **Lewis Hulett, COII** | | Date:  **08/10/06** | Time:  **12:00 PM** |
| Receiver of Report:  _____ | | | |
| Deputy Comm. of Operations:  _____ | | Date: _____ | Time: _____ |
| Inst. Coordinator:  _____ | | Date: _____ | Time: _____ |
| Investigations:  _____ | | Date: _____ | Time: _____ |
| Public Information Officer:  _____ | | Date: _____ | Time: _____ |

ADOC Form 302-C – June 1, 2005

Clear Day

**Greene, Latrice (DOC)**

| | |
|---|---|
| **From:** | Greene, Latrice (DOC) |
| **Sent:** | Monday, October 02, 2006 4:57 PM |
| **To:** | Maloy, Grace (DOC) |
| **Cc:** | Mosley, Gwendolyn (DOC) |
| **Subject:** | RE: Message |

His Detention Notification form dated 6/21/2005 indicates that he was placed in Administrative Segregation pending R/V #62-Intentionally creating a security safety hazard (copy in file). He was reclassed for Administrative Segregation on 9/21/2005 (copy in file) because he was observed by several ALDOC employee publicly intimidating other inmates associated with the Native American Community. During the reclass inmates he called as witness "**Proclaimed him as their Leader**" and stated w/o him they could not continue their "good work". He had his Annual Progress Review 9/13/2006 and recommendation was no change to remain in Admin. Seg. due to the seriousness of the situation (His Leadership over other inmates) in Easterling's population and other Native American in other populations.

---

**From:** Maloy, Grace (DOC)
**Sent:** Monday, October 02, 2006 4:29 PM
**To:** Greene, Latrice (DOC)
**Subject:** FW: Message

Ms. Greene:

Please scroll down this email and respond. Thank you. Ms. Maloy


**Grace Maloy**
**Secretary to Warden II Carter F. Davenport**
**Easterling Correctional Facility**
**200 Wallace Drive**
**Clio, Alabama  36017**
**(334) 397-4471 X 207**


---

**From:** Mosley, Gwendolyn (DOC)
**Sent:** Monday, October 02, 2006 4:28 PM
**To:** Maloy, Grace (DOC)
**Subject:** RE: Message

**Okay. Ms. Greene can tell you everything you want to know.**

**Gwen Mosley**

---

10/2/2006

**From:** Maloy, Grace (DOC)
**Sent:** Monday, October 02, 2006 4:09 PM
**To:** Mosley, Gwendolyn (DOC)
**Subject:** RE: Message

He didn't say. He just asked me to check into it for him.

**Grace Maloy**
**Secretary to Warden II Carter F. Davenport**
**Easterling Correctional Facility**
**200 Wallace Drive**
**Clio, Alabama  36017**
**(334) 397-4471 X 207**

---

**From:** Mosley, Gwendolyn (DOC)
**Sent:** Monday, October 02, 2006 4:08 PM
**To:** Maloy, Grace (DOC)
**Subject:** RE: Message

**Do you have to let Mr. Sharrod know about this via e-mail or can we tell him when he comes back to visit?**

**Gwen Mosley**

---

**From:** Maloy, Grace (DOC)
**Sent:** Thursday, September 28, 2006 10:16 AM
**To:** Mosley, Gwendolyn (DOC); Davenport, Carter (DOC)
**Cc:** Segregation Office, Easterling (DOC)
**Subject:** Message

Mr. Sherrod asked about Inmate Thomas Adams, W/100612 - 5A-18.

Inmate Adams claims that he has been locked up since June of 2005, but never received any paperwork for that lock-up.

I looked in my disciplinary log back to the beginning of May 2005. I did not find any paperwork near that time.

He has a recent disciplinary for R/V#64, for possession of one Tylenol. I haven't looked back for the entire year.

Mr. Sherrod wants to know why his original charge was never held. I advised Mr. Sherrod that it is possible to be locked up "pending



investigation," and that he could have received disciplinaries while he was lock-up. Mr. Sherrod wants to know about the June 2005 - original reason for placement in SEG.

**Grace Maloy**
**Secretary to Warden II Carter F. Davenport**
**Easterling Correctional Facility**
**200 Wallace Drive**
**Clio, Alabama  36017**
**(334) 397-4471 X 207**

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 8/10/06 | TIME 940 AM PM | ORIGINATING FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |

ALLERGIES NKDA    Wt. 195

CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98⁸    ORAL RECTAL    RESP. 16    PULSE 80    B/P 110,80    RECHECK IF SYSTOLIC <100> 50 /

**NATURE OF INJURY OR ILLNESS**

S- DOC bodychart

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- W/m Officer. A+O x 3
Resp c ease Skin
W/D Ø injury noted
to body. Denies any
complaints

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |

A- Bodychart per DOC

P- No tx needed.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 8/10/06 | TIME 945 AM PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
| NURSE'S SIGNATURE Busher | DATE 8/10 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Tew Joel COI | DOC# — | DOB 10/27/64 | R/S W/m | FAC. ECF |

PHS-MD-70007    **(White – Record Copy, Yellow – Pharmacy Copy)**

**PHS**
PRISON
+ HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION, DATE | TIME | ORIGINATING FACILITY Easterling | | SICK CALL | ☑EMERGENCY |
|---|---|---|---|---|---|
| 8/10/06 | 945 ☑AM ☐PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ____ | | ☐OUTPATIENT | |

| ALLERGIES PCN Codeine Bactrim Dy Vasotec | CONDITION ON ADMISSION ☐GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

| VITAL SIGNS: TEMP 98.6 | ORAL RECTAL Doxycycline | RESP. 24 | PULSE 94 | B/P 110/70 | RECHECK IF SYSTOLIC <100> 50 ____/____ |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|---|

S: "I've got pain shooting across my chest." + "I took a NTG 5 mins ago.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O: Pt to HCU via wheelchair from Seg per Sgt Hewlett + Officer Kew. Pt States he having chest pain. Pt A+O+3 Skin w/b to touch. Resp c̄ ease. No visible distress noted. Pt moaning + asking for a drink of water. Pt States he's alright hand + just need a drink of water. Pt left HCU walking back to Seg.

A: Health Maintenance

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P: EKG done. MD @ site and EKG reviewed. No orders received. Pt D/C'd back to Seg per MD | | RN |

DIAGNOSIS Chest pain (cond by NTG SL x1) DC to Seg, RTC prn

INSTRUCTIONS TO PATIENT No ordes Return to Seg. Return if needed

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | TO DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|---|
| 8/10/06 | 1000 ☑AM ☐PM | | | |

| NURSE'S SIGNATURE | DATE 8/10/06 | PHYSICIAN'S SIGNATURE | DATE 8/10/06 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Adams Thomas | DOC# 100612 | DOB | R/S W/M | FAC. Easterling |
|---|---|---|---|---|

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 8/10/06 | TIME 915 ☑AM ☐PM | ORIGINATING FACILITY Easterling ☐SIR ☐PDL ☐ESCAPEE | ☐SICK CALL ☑EMERGENCY ☐OUTPATIENT |
|---|---|---|---|

ALLERGIES  Pcn Codeine Bactrim Vasotec Doxycycline

CONDITION ON ADMISSION  ☑GOOD  ☐FAIR  ☐POOR  ☐SHOCK  ☐HEMORRHAGE  ☐COMA

VITAL SIGNS: TEMP 98.6  ORAL/RECTAL  RESP. 24  PULSE 94  B/P 110/70  RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S- "I've got pain shooting across my chest." & "I took a NTG 5 mins ago."

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Pt to HCU via wheelchair from Seg per Sgt Hewlett & Officer Few. Pt states he having chest pain. Pt A+O x3. Skin WD to touch. Resp c ease. No visible distress noted. Pt moaning & asking for a drink of water. Pt states I'm alright man & just need a drink of water. Pt left HCU walking back to Seg.

A- Health Maintenance

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P- EKG done. MD @ site EKG reviewed. No orders received. Pt D/C'd back to Seg per MD | | R She |

DIAGNOSIS  Chest pain (cond by NTG SL x1) Be to Seg, RTC prn

**INSTRUCTIONS TO PATIENT**  HS orders Return to Seg. Return if needed

| DISCHARGE DATE 8/10/06 | TIME 10:00 ☑AM ☐PM | RELEASE / TRANSFERRED TO ☑DOC ☐AMBULANCE | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 8/10/06 | PHYSICIAN'S SIGNATURE | DATE 8/10/06 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Adams Thomas | DOC# 100612 | DOB | R/S W/M | FAC. Easterling |
|---|---|---|---|---|

PHS-MD-70007          **(White – Record Copy, Yellow – Pharmacy Copy)**

**PHS**
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 8 / 10 / 2006 | 4 15 ☑AM ☐PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐_____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT | |

ALLERGIES  Penicillin - Codeine    WT: 178

CONDITION ON ADMISSION  ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

| VITAL SIGNS: TEMP 97 | ORAL RECTAL | RESP. 16 | 0₂ SAT 98 PULSE 83 | B/P 120 / 82 | RECHECK IF SYSTOLIC <100> 50 |

**NATURE OF INJURY OR ILLNESS**

S - Took me out of Cell - Flat Belly W/C - Officer Threw me on the Floor hurt my wrist and back hurts. Chest hurts

O - Alert, Oriented x3 - Ambulatory in hallaffer - escorted by Sgt Holett Officer Paivor RT Wrist Area had App x 3 in" Red mark 1" width middle of RT Area ½" on each end has a tiny scratch on middle of wrist No swelling - RT Lower Forearm Above Wrist has some swelling Able to move Finger

**PHYSICAL EXAMINATION**
Back and forth. No marks on Braises on LT Wrist
Low Back
has Red mark App x 3 inches Lower Sternal Area Then Almost Shape of Arrow at bottom
 - No Bruising on swelling at back Area     No other marks on
Bruises on body. States the only thing
bothering him now is Back is bothering him
No SOB - No Cyanosis - No C/o Chest pain
AT present
A - Doc Body Chat
P - Tylenol - X-Ray
F/U C̄ Dr.

**DIAGNOSIS**

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tylenol / Tylox X 2 po | 4 35/p | M |
| QID X 2 days | | |
| Per Protocol | | |
| X - Ray RT Forearm / Dr Nalyz / | | |
| D. Brunatton | | |

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 8 / 10 / 2006 | 4 40 ☑AM ☐PM | ☑DOC ☐AMBULANCE ☐  8-10-2006 | ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |

| NURSE'S SIGNATURE | DATE 8/10/06 | PHYSICIAN'S SIGNATURE | DATE 8/11/06 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Adams - Thomas | 100612 | 6-17-52 | W/M | EAS |

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

#7

**Date:** 8/11/06

**To:** DOC

**From:** PHS

~~Inmate Number~~ Adams Thomas    **ID#:** ~~100613~~

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____ X _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Allow Pt to have Splint
for ® Wrist X 2 weeks
8/11/06 — 8/23/06

**Date:** 8/11/06 **MD Signature:** UO Dr Darbouze /D Shehu **Time:** 9 40 Am

X Thomas Adams

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Adams Thomas_                    _100612_
    (Print Name)                              (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( )  Splint

( )  Eyeglasses

( )  Dentures

( )  Prothesis          describe _____

( )  Wheelchair

( )  Cane

( )  Crutches

(✓)  Other          describe _WRIST BRAce_

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.


_X Thomas Adams_                    _8/11/06_
(Inmate)                                      (Date)

_____                    _8/11/06_
(Witness)                                      (Date)


| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| _Adams Thomas_ | _100612_ | _6/17/52_ | _W/M_ | _Easterling_ |

PHS-MD-70005                    (White – Medical File, Yellow – Security Property Officer)



# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _8-10-2006_

**To:** _Doc_

**From:** _HCU_

**Inmate Name:** _Adm - Thoms_    **ID#:** _100612_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_May have Ice For Wrist RT 8-10-2006 until A.M_

_____

_____

_____

**Date:** _8-10-2006_  **MD Signature:** _Dr Page  MD Anderson_    **Time:** _4:35_

60418

# EXHIBIT G

DEPARTMENT OF CORRECTIONS

*IN Seg.*

*Need x-Ray in 8-11-2006*

**RADIOLOGY SERVICES REQUEST AND REPORT**

INSTITUTION: _EASTERL___

Name: _ADMS - THOMAS_

State ID No.: _100 612_

DOB: _6-17-52_

Race: _B/M_     Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| DARBY 2 | 8-10-2006 | | | | |

HISTORY/DIAGNOSIS:

Hurt LT. Forearm

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCES (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA (R) | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Adams

**RIGHT FOREARM:** The examination shows no evidence of recent fracture or other significant bony abnormality.
**IMPRESSION: NEGATIVE STUDY.**

**LUMBAR SPINE:** There is slight disc space narrowing identified at L4-L5 and L5-S1. Mild hypertrophic change is noted at L4-L5. The vertebral bodies maintain their normal height.

**OPINION:** Mild disc space narrowing lower lumbar spine.

**RIGHT RIB DETAIL:** A definite rib fracture is not detected. If symptoms persist, follow up would be recommended.

D & T: 08-14-06 Thomas J. Payne, III, M.D./dc Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)  _____

X-RAY TECHNOLOGIST'S SIGNATURE  _____

DATE, TIME EXAM PERFORMED  _8-11-06_

RADIOLOGIST'S NAME (PRINT)  _____

RADIOLOGIST'S SIGNATURE  _____

DATE SIGNED  _____

I-3030 (REV. 12/95)    WHITE-CHART COPY; CANARY-PHYSICIAN'S COPY; PINK-FILE COPY

# EXHIBIT H

| Facility Name: Easterling Correctional Facility | | | | | | | | | | | | | | | | | | | Month/Year of Charting: 08/06 | | | | | | | | | | |

**Prozac 20MG Cap** · 60.00

Take 2 capsule(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date: 07-10-2006
Stop Date: 08-08-2006
Prescriber: Robbins, M.
RX #: 251709171

**Vistaril 50MG Cap** 60.00

Take 2 capsule(s) by mouth daily at 9:00 p.m.

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date: 07-14-2006
Stop Date: 09-17-2006
Prescriber: Banerjee MHM, S.
RX #: 251725176

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date: 05-12-2006
Stop Date: 08-09-2006
Prescriber: Darbouze, Jean
RX #: 251507973

Take one-half (1/2) ___ mg by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date: 05-12-2006
Stop Date: 08-09-2006
Prescriber: Darbouze, Jean
RX #: 251507982

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date: 07-12-2006
Stop Date: 08-10-2006
Prescriber: Darbouze, Jean
RX #: 251714648

Plavix 75mg QD X 30days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date: 7/30/06
Stop Date: 8/30/06
Prescriber: Darbuey
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|

Allergies: PCN  Vasotec
Bactrim  Doxycline

Housing Unit: Population
Patient ID Number: 100512
Patient Name:

**Adams, Thomas**

Date of Birth: 06-17-1952

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Ecstailing

**Tylenol 650mg QO BID X 2 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: 8-10-06    Prescriber: Darbone
Stop Date: 8-12-06    RX #:

**Tylenol 1gram t.i.d prn x 14 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: 8/11/06    Prescriber: Darbone
Stop Date: 8/25/06    RX #:

**Flexeril 10mg t.i.d prn x 7 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: 8/11/06    Prescriber: Darbone
Stop Date: 8/18/06    RX #:

**Prozac 40 mg. P.O. q̄ 9 pm x 90 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: 8/16/06    Prescriber: Banerjee
Stop Date: 11/15/06    RX #:

**Vistaril 100 mg. P.O. q̄ 9 pm x 90 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: 8/16/06    Prescriber: Banerjee
Stop Date: 11/15/06    RX #:

**Zantac 150 mg. P.O. q̄ 9 pm x 90 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: 8/16/06    Prescriber: Banerjee
Stop Date: 11/15/06    RX #:

Diagnosis

Allergies: PCN - Vasutec

Housing Unit:
Patient ID Number: 100612
Patient Name: Adams, Thomas

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| MMooty 4∘ | M | | ∘ |

Date of Birth: 6-17-52

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other



Facility Name: Easterling

Month/Year of Charting: 8/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ASA 325 g ÷ po qd x 90d**
Start Date: 9-25-06   Stop Date: 10-25-06   Prescriber: Darbone   RX #:

**Mevacor 40 g po qpm x 90d**
Start Date: 7-25-06   Stop Date: 10-25-06   Prescriber: Darbone   RX #:

**Lopessor 50 mg po bid x 90d**
Start Date: 9-25-06   Stop Date: 10-25-06   Prescriber: Darbone   RX #:

**Lopid 600 g bid x 90d**
Start Date: 7-25-06   Stop Date: 10-25-06   Prescriber: Darbone   RX #:

**Plavix 75 mg po qd x 30d**

**Nitro 0.4 mg SL PRN x 90d**
Start Date: 7-25-06   Stop Date: 8-25 10-25-06   Prescriber: Darbone   RX #:

Diagnosis

Allergies: RTN Vasotec
Bactrim Doxycyline

Housing Unit:
Patient ID Number:
Patient Name: Adams Thomas

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| M Moote | M | C Darian | C |
| | | | K |
| | | | J |

Date of Birth: 6-17-52

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other