IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| THOMAS OTTER ADAMS, #100 612 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-873-ID |
| WARDEN GWENDOLYN MOSLEY, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' August 5, 2008, motion to amend special report and answer, and for good cause, it is ORDERED that:

1. The motion (*Doc. No. 33*) be and is hereby GRANTED;

2. On or before August 20, 2008 Defendants shall file their amended special report and answer;

3. Plaintiff is GRANTED fifteen (15) days from the filing date of Defendants' amended special report and answer to file any further response in accordance with the court's December 6, 2006 order. (*See Doc. No. 17*.)

Done, this 5th day of August 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE